1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Laurie Fahey,                          )
                                           )              O R D E R
10                          Plaintiff,      )
                                           )        No. CIV-12-0265-PHX-SRB
11         v.                              )
                                           )
12  Charles Schwab Corporation             )
    Short Term Disability Plan, et al.     )
13                          Defendants.     )
                                           )
14  _____        )

15

16         On March 29, 2012, upon receipt of a Notice of Settlement, this Court issued an order

    that this case would be dismissed with prejudice within 30 days of the date of the order if a
17
    stipulation to dismiss was not filed prior to the dismissal date.  As of the date of this order,
18
    no stipulation to dismiss has been filed.
19
           IT IS ORDERED dismissing this case with prejudice.
20

21
           DATED this 8th day of May, 2012.
22

23

24  _____
                Susan R. Bolton
25            United States District Judge

26

27

28